```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  SHAWNA YEN (CASBN 224447)
    Assistant United States Attorney
 5
        150 Almaden Blvd., Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5054
 7      Facsimile: (408) 535-5066
        Email: shawna.yen2@usdoj.gov
 8
    Attorneys for Plaintiff                                        *E-FILED - 3/11/08*
 9
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-20018 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [xxxxxxxxxxxxx] ORDER CONTINUING HEARING |
| MIGUEL PEREZ-RUBALCAVA, | |
| Defendant. | |

This matter came before the Court on February 25, 2008 for a status hearing. Counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant MIGUEL PEREZ-RUBALCAVA, Jerry Fong, Esq. were both present. At the hearing, defense counsel advised that he sought to file motion requesting that the defendant be civilly committed. Government counsel advised that, in light of new case law, she sought to file briefing on whether the defendant should be involuntarily medicated to render him competent for sentencing. The parties agreed that both sides would file their respective opening briefs on March 17, 2008; that opposition briefs would be due on March 31, 2008; and that a hearing would be held on April 7, 2008. The Court agreed with the government that the defendant should be present for the hearing.

1   Subsequent to the February 25, 2008 status conference, and in preparation for the briefing
2   described above, government counsel contacted the defendant's treating physician at FCI-Butner,
3   Dr. Robert Cochrane, requesting an updated report on the defendant's mental condition; an
4   update on Dr. Cochrane's opinion regarding the need for involuntary medication of the defendant
5   in order to restore competency; and if involuntary medication were still recommended, specific
6   details on what kind of medication regime Dr. Cochrane would propose. Dr. Cochrane agreed to
7   furnish such a report but advised that it would take at least six weeks to finalize such a report.
8   Because Dr. Cochrane's report is critical for the government's briefing as well as for the
9   hearing before this Court, and because it is in the interests of the defendant to be required to be
10  transported from FCI-Butner to a court hearing only once, the parties agreed to stipulate to a
11  continuance of the briefing schedule and hearing set in this case.
12  Accordingly, it is hereby stipulated by and between counsel for the UNITED STATES,
13  Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant MIGUEL PEREZ-
14  RUBALCAVA, Jerry Fong, Esq. that the date set for the hearing in this case be continued from
15  April 7, 2007 to June 2, 2008 at 9 a.m. The parties shall submit their opening briefs by May 19,
16  2008, and any opposition briefs by May 26, 2008.
17  In addition, the parties jointly request that the Court order the Defendant MIGUEL
18  PEREZ-RUBALCAVA to be transported from the Federal Correctional Complex in Butner,
19  North Carolina, to the Federal District Courthouse located at 280 South First Street, San Jose,
20  California, 95113, to attend the hearing on June 2, 2008 at 9:00 a.m. before the undersigned
21  United States District Court Judge.
22  Dated this 3rd day of March, 2008.

Dated this ___ day of March, 2008.

SHAWNA YEN
Assistant U.S. Attorney

JERRY FONG, Esq.
Counsel for Miguel Perez-Rubalcava

-2-

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the hearing previously set for April 7, 2008 be continued to June 2, 2008. The parties shall submit their opening briefs by May 19, 2008, and any opposition briefs by May 26, 2008.

IT IS FURTHER ORDERED that the Defendant MIGUEL PEREZ-RUBALCAVA to be transported from the Federal Correctional Complex in Butner, North Carolina, to the Federal District Courthouse located at 280 South First Street, San Jose, California, 95113, to attend the hearing on June 2, 2008 at 9:00 a.m. before the undersigned United States District Court Judge.

The U.S. Marshal Service is directed to make all necessary arrangements to accomplish this task.

Dated this 11 day of March, 2008.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

JERRY FONG, ESQ.
Carey & Carey
706 Cowper Street
P.O. Box 1040
Palo Alto, California 94302-1040

Marshals Office - San Jose Office