1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax                                        E-FILED 7/9/08

5  Attorneys for Defendant
   MIGUEL PEREZ-RUBALCAVA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. CR 03-20018 RMW

12              Plaintiff,                STIPULATION TO SET NEW
                                          DEADLINES FOR PLEADINGS
13       vs.                              AND [XXXXXXXXX] ORDER THEREON

14  MIGUEL PEREZ-RUBALCAVA,

15              Defendant.

16

17       IT IS HEREBY STIPULATED by and between counsel for the UNITED

18  STATES, SHAWNA YEN, and counsel for Defendant MIGUEL PEREZ-RUBALCAVA,

19  JERRY Y. FONG, Esq., that the hearing currently set for June 30, 2008 be

20  continued to August 4, 2008, at 9:00 am.  It is further stipulated that

21  Defendant's pleading (including the opinions and conclusions of the expert, Dr.

22  Silva) shall be filed on July 14, 2008, and that the government's responsive

23  pleading shall be filed on July 21, 2008.

24       The reason for the requested continuance is that Defendant's expert, Dr.

25  Arturo Silva, advised Defendant's counsel that he (Dr. Silva) will be out of the

26  state for the next few weeks and will not have access to the research material

27  he needs to respond to the Government's report.  Accordingly, he has asked

28  that he be given until the second week of July 2008 to complete his work and

submit his findings. That would mean that Defendant's attorney will need until July 14, 2008 to file the necessary pleadings. The Government does not oppose this request for a continuance.

IT IS SO STIPULATED.

DATED: June 17, 2008          CAREY & CAREY

```
                              _____/s/_____
                              JERRY Y. FONG, Attorneys for Defendant
                              MIGUEL PEREZ-RUBALCAVA
```

DATE:   6/17   , 2008          UNITED STATES OF AMERICA

```
                              _____/s/_____
                              SHAWNA YEN,
                              Assistant U.S. Attorney
```

## ORDER

GOOD CAUSE APPEARING THEREFORE, and based upon the stipulation of counsel for the parties, it is hereby ordered that the date set for hearing of motions on June 30, 2008, be continued August 4, 2008, at 9:00 am. It is further ordered that Defendant's pleadings shall be filed on July 14, 2008, and that the government's responsive pleadings shall be filed on July 21, 2008.

DATED:  7/9/08 , 2008          /s/ Ronald M. Whyte
                              _____
                              THE HON. RONALD M. WHYTE
                              U.S. DISTRICT COURT