```
 1  JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 fax                         *E-FILED - 7/25/08*

 5  Attorneys for Defendant
    MIGUEL PEREZ-RUBALCAVA
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       CASE NO. CR 03-20018 RMW

12             Plaintiff,           STIPULATION TO CONTINUE
                                    HEARING RE INVOLUNTARY
13       vs.                        MEDICATION AND [PROPOSED]
                                    ORDER RE SAME.
14  MIGUEL PEREZ-RUBALCAVA,

15             Defendant.

16
```

17     IT IS HEREBY STIPULATED by and between counsel for the UNITED
18 STATES, SHAWNA YEN, and counsel for Defendant MIGUEL PEREZ-RUBALCAVA,
19 JERRY Y. FONG, Esq., that the hearing currently set for July 28, 2008 be
20 continued to August 11, 2008, at 9:00 am. It is further stipulated that
21 Defendant's pleading (including the opinions and conclusions of the expert, Dr.
22 Silva) shall be filed on July 28, 2008, and that the government's responsive
23 pleading shall be filed on August 4, 2008.

24     The reason for the requested continuance is that Defendant's expert, Dr.
25 Arturo Silva has not been able to complete his analysis and report due to work
26 emergencies. He advised Defendant's counsel that he will have the work
27 finished by Saturday, July 26, 2008. Accordingly, Defendant respectfully
28 requests that the Court permit the Defendant to file his papers by July 28,
   2008, the Government to file its response by July 4, 2008, and continue the

                                     1
               STIPULATION TO CONTINUE HEARING DATE AND FILING DEADLINES

1 hearing to August 11, 2008 at 9:00 a.m. The Government does not oppose this
2 request.
3     IT IS SO STIPULATED.

DATED: July 24, 2008     CAREY & CAREY

_____
JERRY Y. FONG, Attorneys for Defendant
MIGUEL PEREZ-RUBALCAVA

DATE: July 24, 2008     UNITED STATES OF AMERICA

_____
SHAWNA YEN,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and based upon the stipulation of counsel for the parties, it is hereby ordered that the date set for hearing of motions on July 28, 2008, be continued August 11, 2008, at 9:00 am. It is further ordered that Defendant's pleadings shall be filed on July 28, 2008, and that the government's responsive pleadings shall be filed on August 4, 2008.

DATED: 7/25/08, 2008     *Ronald M. Whyte*
THE HON. RONALD M. WHYTE
U.S. DISTRICT COURT