```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  SHAWNA YEN (CASBN 224447)
    Assistant United States Attorney
 5
        150 Almaden Blvd., Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5054                *E-FILED - 8/5/08*
 7      Facsimile:  (408) 535-5066
        Email shawna.yen2@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   Case No.   CR 03-20018 RMW
                                       )
15            Plaintiff,               )
                                       )   STIPULATION AND []
16       v.                            )   ORDER CONTINUING HEARING
                                       )
17  MIGUEL PEREZ-RUBALCAVA,            )
                                       )
18            Defendant.               )
    _____)

19       This matter is scheduled for August 11, 2008 for a hearing on the defendant's

20  competency for sentencing.

21       On May 19, 2008, the government filed a motion to involuntarily medicate the defendant

22  in order to restore his competency for sentencing.  The motion was supported by the April 17,

23  2008 report by the defendant's treating physicians at FMC-Butner, Dr. Robert Cochrane and Dr.

24  Byron Herbel.

25       On July 28, 2008, defense counsel filed the report of Dr. Arturo Silva which contested the

26  conclusions of Dr. Cochrane's and Dr. Herbel's report.

27       On July 29, 2008, the government forwarded Dr. Silva's report to Dr. Cochrane.  Dr.

28  Cochrane had a number of responses to Dr. Silva's report which he will provide in written

1 response.  In addition, Dr. Cochrane advised that he wanted to also obtain the input of Dr. Herbel
2 who is out of town for the next two weeks.  Accordingly, Dr. Cochrane advised that he would be
3 able to provide a written response to Dr. Silva's report sometime the week of August 18-22,
4 2008.
5      Accordingly, it is hereby stipulated by and between counsel for the UNITED STATES,
6 Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant MIGUEL PEREZ-
7 RUBALCAVA, Jerry Fong, Esq. that the date set for the hearing in this case be continued from
8 August 11, 2008 to September 22, 2008 at 9 a.m.   The government shall file Dr. Cochrane's
9 written response to Dr. Silva's report, along with any supplemental briefing, by September 1,
10 2008.  Defense counsel shall file any opposing submission by September 8, 2008. .

12      Dated this 1st day of August, 2008.

13                                                                        /S/
14                                           _____
                                          SHAWNA YEN
                                          Assistant U.S. Attorney

15      Dated this 1st day of August, 2008.
16                                                                       /S/
17                                           _____
                                          JERRY FONG, Esq.
                                          Counsel for Miguel Perez-Rubalcava

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the hearing previously set for August 11, 2008 be continued to September 22, 2008.  The government shall file the supplemental report of Dr. Cochrane by September 1, 2008.  Defense counsel shall file any opposing submission by September 8, 2008.

Dated this 5th day of August, 2008.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge