| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney<br><br>BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division<br><br>SHAWNA YEN (CASBN 224447)<br>Assistant United States Attorney<br><br>  150 Almaden Blvd., Suite 900<br>  San Jose, California 95113<br>  Telephone: (408) 535-5054<br>  Facsimile:  (408) 535-5066<br>  Email:  shawna.yen2@usdoj.gov<br><br>Attorneys for Plaintiff | *E-FILED - 3/12/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL PEREZ-RUBALCAVA,<br><br>    Defendant. | Case No.   CR 03-20018 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING |

This matter came before the Court on February 22, 2010 for a status hearing. Counsel for the UNITED STATES, Assistant U.S. Attorney Michelle Kane, and counsel for the Defendant MIGUEL PEREZ-RUBALCAVA, Jerry Fong, Esq. were both present. At the hearing, defense counsel advised that he sought to file a motion to dismiss or to release the defendant from custody immediately. The hearing on the motion was set for March 15, 2010.

The assigned Assistant U.S. Attorney on this case, Shawna Yen, is unavailable on March 15, 2010, because she is on trial in the case of <u>United States v. Anh The Duong</u>, CR 01-20154, before Judge Fogel. It is anticipated that there may be a short continuance of the trial after jury selection, such that AUSA Yen will be available in April to appear on the instant matter.

1  Accordingly, it is hereby stipulated between the parties that the date set for the hearing in
2  this case be continued from March 15, 2010 to April 12, 2010 at 9 a.m.
3  Dated this 8th day of March, 2010.

_____/S/_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this 8th day of March, 2010.

_____/S/_____
JERRY FONG, Esq.
Counsel for Miguel Perez-Rubalcava

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the hearing previously set for March 15, 2010 be continued to April 12, 2010.

Dated this _12_ day of March, 2010.

_____
RONALD M. WHYTE
United States District Judge